942 A.2d 781

IN THE MATTER OF ANTHONY J. LAGASI, AN ATTORNEY AT LAW (ATTORNEY NO. 040671983).

March 6, 2008.

## ORDER

**ANTHONY J. LAGASI** of **FAIRFIELD**, who was admitted to the bar of this State in 1983, and who has been temporarily suspended from the practice of law since October 31, 2007, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **ANTHONY J. LAGASI** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.